execution of the will was procured by fraud and undue influence.

_ *Almet F. Jenks* and *Louis Boehm* for appellants.

*Benjamin G. Paskus, Lawrence S. Coit* and *Sylvan Gotshal* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of Proving the Will of MARY J. PIERSON, Deceased.

MARIE SHOTWELL, Appellant; THE ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.

*Will — probate properly denied on ground of indefiniteness of document and lack of proper publication and execution.*

*Matter of Pierson*, 203 App. Div. 673, affirmed.

(Argued October 4, 1923; decided October 23, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 22, 1922, which reversed a decree of the New York County Surrogate's Court admitting to probate a paper propounded as the last will and testament of Mary J. Pierson, deceased, and denied probate thereto. The Appellate Division held that the circumstances attendant upon execution of the will indicated that the paper was an incomplete and indefinite document which did not express the intention of testatrix but was merely intended as a memorandum. Also that the evidence justified the conclusion that the deceased did not state to those who acted as witnesses that the paper signed by her was her last will and testament and that the deceased did not regard the paper as her last will and testament.

*Cornelius Huth, Herbert Noble* and *Isidor M. Katz* for appellant.

*Carl Sherman,* Attorney-General (*Robert P. Beyer* of counsel), for respondent.

*Max Altmayer,* special guardian for unknown heirs.

42

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of the Petition of LEWIS N. CRANE et al., Appellants, for a Construction of the Will of IDA C. POTTS, Deceased.

STEPHEN F. AVERY, Respondent.

*Will — construction — provision for trust in perpetuity for charitable purpose valid.*

*Matter of Potts*, 205 App. Div. 147, affirmed.

(Argued October 4, 1923; decided October 23, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 14, 1923, which modified and affirmed as modified a decree of the Columbia County Surrogate's Court construing the will of Ida C. Potts, deceased, and held valid all of the provisions contained in paragraph 26 of the will which paragraph provided that the residue of her estate should be used for the construction, maintenance and operation of a hospital and erected a trust in perpetuity for that purpose.

*Francis D. McCurn* for Lewis N. Crane et al., appellants.

*John L. Crandell* for Mary Fisher, appellant.

*Robert G. Patrie* for Albert Potts, appellant.

*R. Monell Herzberg* for respondent.

Order affirmed, with costs to each set of parties filing a brief payable out of estate; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.